# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Sue Wells, an incompetent adult, by and
through her guardian ad litem, Jean Wells,

            Plaintiff(s),

          v.

United Teacher Associates Insurance
Company,

            Defendant(s).

_____/

CASE NO. C10-00711 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Private mediation _____
with Scott Douglas, Esq., on May 26, 2010

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

        other requested deadline _____

Dated: May 13, 2010 _____

Dated: May 13, 2010 _____

//s// Michael B. Horrow _____
Attorney for Plaintiff

//s// Linda B. Oliver
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Non-binding Arbitration

        Early Neutral Evaluation (ENE)

        Mediation

✓      Private ADR

Deadline for ADR session

✓      90 days from the date of this order.

        other

IT IS SO ORDERED.

Dated: 5/28/10 _____

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE

DISTRICT