Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415 543 8700
Facsimile: 415 391 8269

Attorneys for Defendant United Teacher
Associates Insurance Company

Michael B. Horrow (SBN 162917)
mhorrow@donahuehorrow.com
DONAHUE & HORROW LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, CA 90245
Telephone: 310 322-0300
Facsimile: 310 322-0302

Attorneys for Plaintiff Sue Wells, an
incompetent adult, by and through her guardian
ad litem, Jean Wells

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SUE WELLS, an incompetent adult, by and through her guardian ad litem, Jean Wells,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED TEACHER ASSOCIATES INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C10-00711 JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear its/her own costs and fees.

DATED: June 16, 2010.

REED SMITH LLP

By    //s// Linda B. Oliver
    Linda B. Oliver.
    Attorneys for Defendant
    United Teacher Associates Insurance Company

DATED: June 16, 2010.

DONAHUE & HORROW LLP

By    //s// Michael B. Horrow
    Michael B. Horrow
    Attorneys for Plaintiff Sue Wells, by and through her guardian ad litem, Jean Wells.

**IT IS SO ORDERED.**

DATED: June 23, 2010.

_____
Jeremy Fogel
United States District Court Judge

US_ACTIVE-103817645.1

– 2 –
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER